UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>      Plaintiff,<br><br>   v.<br><br>**SANOFI,**<br><br>**GENZYME CORPORATION,**<br><br>and<br><br>**MAZE THERAPEUTICS, INC.**<br><br>      Defendants. | Case No. 1:23-cv-13046-AK |

## NOTICE OF DISMISSAL

In view of Defendants' mutual termination of the license agreement that was the subject of this action (the "Proposed Transaction") and Defendant Sanofi's withdrawal of its Hart-Scott-Rodino Premerger Notification and Report Form regarding the Proposed Transaction on December 13, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice its claims asserted in this action against Defendants.

Dated: December 13, 2023                    Respectfully submitted,

                              */s/ James H. Weingarten*
                              _____
                              James H. Weingarten
                              Stephen Mohr
                              James Weiss
                              James E. Southworth
                              Keith Holleran
                              Joseph R. Neely
                              Elena Ponte
                              R. Tyler Sanborn
                              Hilla Shimshoni

                              FEDERAL TRADE COMMISSION

Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
(202) 326-3570
jweingarten@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the December 13, 2023, I filed the foregoing document on the Court's CM/ECF filing system and served the foregoing on the following counsel via electronic mail or electronic file transfer:

Michael McFalls
Jonathan Klarfeld
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Michael.McFalls@ropesgray.com
Jonathan.Klarfeld@ropesgray.com

*Counsel for Defendants Sanofi and Genzyme Corporation*

Stephen Weissman
Michael Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
sweissman@gibsondunn.com
mjperry@gibsondunn.com

*Counsel for Defendant Maze Therapeutics, Inc.*

                                            */s/ James H. Weingarten*
                                            James H. Weingarten

                                            *Counsel for Plaintiff Federal Trade Commission*